UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

BRUCE ADAMSON,
    Plaintiff,

CV 05 - 6361 - AA

v.

ORDER

JO ANNE B. BARNHART,
Commissioner of Social Security,
    Defendant.

---

Based upon the stipulation of the parties, it is hereby **ORDERED** that attorney fees in the amount of $5884.50 and costs in the amount of $0, for a total of $5884.50, are awarded and to be paid directly to Plaintiff's Attorney, Richard F. McGinty, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. There are no expenses to be paid herein.

DATED this _9_ day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE

presented by:
Richard F. McGinty, OSB # 86071
Attorney for Plaintiff

Page -1-    ORDER

[CV 05 - 6361 - AA]